IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE MEDINA CONCHA | : | CIVIL ACTION |
| v. | : | |
| ELAINE C. DUKE, et al. | : | NO. 17-5321 |

ORDER

AND NOW, this 15th day of May, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) Count I of the complaint is dismissed for lack of subject matter jurisdiction under 8 U.S.C. § 1154(a)(1)(J) to the extent it challenges defendants' factual findings;

(2) Count II of the complaint is dismissed for lack of subject matter jurisdiction; and

(2) the motion of defendants for judgment on the administrative record (Doc. # 6) is otherwise GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                J.